# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**NATISHA RIESKE,**

    **Plaintiff,**

**v.**                                                    **Case No: 5:25-cv-533-RBD-PRL**

**INSURANCE PIPELINE, INC.,**

    **Defendant.**

## ORDER

This cause comes before the Court on *pro se* Plaintiff's motion in which he requests "access to electronic filing." (Doc. 6). Presumably, he is seeking electronic filing privileges to access and use the Case Management/Electronic Filing System ("CM/ECF").

Pursuant to the Court's Administrative Procedures for Electronic Filing, "[a]bsent a court order, a pro se litigant is not permitted to file documents in CM/ECF." *See* Administrative Procedures for Electronic Filing (Aug. 1, 2025) for the United States District Court, Middle District of Florida. "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *See Huminski v. Vermont*, No. 2:13-cv-692-FTM-29, 2014 WL 169848, at *4 (M.D. Fla. Jan. 15, 2014); *McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (per curiam) (affirming denial of CM/ECF access for *pro se* litigant because there was "no good cause under the circumstances of the case to authorize his access"). Here, Plaintiff has not offered any explanation as to why he should be permitted to access and file documents in CM/ECF. Accordingly, his motion for electronic filing (Doc. 6) is due to be **denied.**

- 2 -

The Court, however, will allow Plaintiff to receive notice of filings by email. The Clerk is hereby directed to add Plaintiff's email address to the docket and to send notices of electronic filing to his email address. The notices of electronic filing will contain a hyperlink that will allow Plaintiff to view the document for the first time for free. The hyperlink expires after the earlier of two events: the first use or 15 days after the notice is emailed. An individual must access PACER to view a document after the hyperlink has expired. The Court's Guide for Proceeding Without a Lawyer provides instructions on how to register for PACER at page 13.[1] Please note that when the court allows a pro se litigant to receive notice of filings by email, the clerk's office no longer mails paper copies.

DONE and ORDERED in Ocala, Florida on September 17, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record

---

[1] The Court's Guide for Proceeding Without a Lawyer can be accessed at http://www.flmd.uscourts.gov/pro_se/default.htm