# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**JOHN FERRIS,**

      **Plaintiff,**

**v.**                                          **Case No: 5:25-cv-543-WWB-PRL**

**SHERIFF BILLY WOODS, et al.,**

      **Defendants.**

_____

## ORDER

On August 28, 2025, Plaintiff John Ferris filed his complaint against Sheriff Billy Woods, in his official capacity as Sheriff of Marion County, Florida and Monica Chisholm, in her official capacity as Human Resources Director of the Sheriff's Department of Marion County, Florida. (Doc. 1). On September 2, 2025, Plaintiff filed returns of service asserting that service was effectuated as to both Defendants through service on Marissa Duquette. (Doc. 4, 5). Neither Defendant Woods nor Chisholm have appeared in this action and on September 25, 2025, the Clerk entered default upon the motion of Plaintiff. (Docs. 10, 11). Now, Plaintiff has filed a motion for default judgment. (Doc. 12).

On or before **October 16, 2025**, Defendants Woods and Chisholm shall show cause why the motion for default judgment should not be granted. The Clerk is directed to serve this Order via certified mail on:

      Marissa Duquette
      MCSO General Counsel
      692 NW 30th Ave.
      Ocala, Fl 34475

DONE and ORDERED in Ocala, Florida on October 2, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record