UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JOHN FERRIS,**

    **Plaintiff,**

v.                                                                           Case No: 5:25-cv-543-WWB- PRL

**SHERIFF BILLY WOODS, et al.,**

    **Defendants.**

_____

**ORDER**

This matter is before the Court on Plaintiff's motion for Rule 11 sanctions against defense counsel related to Defendants' motion to dismiss. (Doc. 25). Plaintiff contends that the motion to dismiss is frivolous and was filed to harass and annoy him. However, based upon my recent recommendation that Defendants' motion to dismiss should be granted—and thus, my conclusion that it was not frivolous—Plaintiff's motion for sanctions (Doc. 25) is due to be denied.

DONE and ORDERED in Ocala, Florida on January 12, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record

- 2 -